**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

STEVE PERRY MCDONALD, :
    Petitioner :
v. : Case No. 1:09-CV-152 (WLS)
     :
DWIGHT HAMRICK, :
     :
    Respondent. :
_____ :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed July 14, 2010. (Doc. 19). It is recommended that Respondent's Motion to Dismiss for Lack of Exhaustion (Doc. 11) be **GRANTED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 19) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Respondent's Motion to Dismiss for Lack of Exhaustion (Doc. 11) is **GRANTED**, and Petitioner's federal habeas corpus petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this  17th  day of September, 2010.

                                          /s/ W. Louis Sands
                                         **THE HONORABLE W. LOUIS SANDS,
                                         UNITED STATES DISTRICT COURT**